UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> HANDSOME REWARDS, <br><br>  Defendant. | Case No.  13-cv-00541-JST <br><br> **ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE** <br><br> Re: ECF No. 20 |

The Court hereby GRANTS the parties' request for their counsel to appear by telephone at the case management conference scheduled for May 15, 2013 at 2:00 p.m.[1]  Not less than twenty-four hours before the conference, the parties shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a single number at which all attorneys can be reached for the conference.

**IT IS SO ORDERED.**

Dated: May 8, 2013

_____
JON S. TIGAR
United States District Judge

---

[1] The motions at ECF Nos. 17 & 20 state that the time of the conference is 1:30 p.m.  As the Clerk's Notice stated, case management conferences begin at 2:00 p.m.  See ECF No. 14.