UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HANDSOME REWARDS,<br><br>    Defendant. | Case No. 13-cv-00541-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 33 |

The parties stated on the record on May 28, 2013, that they have settled this action. See ECF No. 33. Accordingly, all deadlines and hearings in this case, including the case management conference currently scheduled for May 29, 2013, are VACATED. By July 12, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 28, 2013

                                                      JON S. TIGAR<br>
                                           United States District Judge