UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HANDSOME REWARDS,<br><br>　　　　Defendant. | Case No.  13-cv-00541-JST<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 14**<br><br>Re: ECF Nos. 39 & 40 |

　　　　The Court hereby GRANTS the parties' stipulated request for leave to file a First Amended Complaint. ECF No. 39. The Court also GRANTS the parties' stipulated request to CONTINUE the case management conference currently scheduled for July 31, 2013 to August 14, 2013 at 2:00 p.m. ECF No. 40. Attorney Harris may appear at the conference by telephone if contacts the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov not less than twenty-four hours before the conference and provides a direct dial number at which he can be reached between 2:00 p.m. and 3:30 p.m the day of the conference.

　　　　The parties should be aware that, unless there is good cause for continuing federal court supervision over a case, it is not the undersigned's normal practice to exercise continuing jurisdiction over a settlement agreement or to issue an injunction which has the effect of making the violation of an agreement a federal cause of action. See, e.g., Regents of the Univ. of Calif. v. International Medical Group, Inc., Case No. 3:12-cv-00048-JST, Order Denying Request to Retain Jurisdiction over Settlement Agreement, ECF No. 53 (N.D. Cal. July 9, 2013). If the

/ / /

/ / /

1   parties request that the Court exercise such jurisdiction, the request should also explain the
2   unusual circumstances that justify departure from this general rule.
3   **IT IS SO ORDERED**.
4   Dated: July 29, 2013



JON S. TIGAR
United States District Judge