UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIC GOGGLES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>HANDSOME REWARDS,<br><br>        Defendant. | Case No.  13-cv-00541-JST<br><br>**MINUTE ORDER NOTING DISMISSAL OF CLAIMS BETWEEN CLIC GOGGLES AND STARCREST, AND BETWEEN BLUE GEM AND STARCREST**<br><br>Re: ECF Nos. 47 & 48 |

Plaintiff CliC Goggles, Inc. has filed a stipulation dismissing all of its claims against

Starcrest Products of California, Inc., with prejudice.  ECF No. 47.  Starcrest has also filed

stipulation jointly with Defendant Third-Party Plaintiff and Counterclaimant Blue Gem

Sunglasses, Inc. in which those parties' claims against each other are dismissed without prejudice.

ECF No. 48.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1)

notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective

without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated: August 12, 2013

_____
JON S. TIGAR
United States District Judge