Miles Archer Woodlief (Cal. Bar No. 124467)
miles@mawoodlief.com
Attorney at Law
775 East Blithedale Ave., #514
Mill Valley, CA 94941
Phone: (415) 730-3032 • Fax (415) 449-3569

Attorney for Plaintiff Clic Goggles, Inc.

Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendant, Third-party Defendant
Counterclaimant Blue Gem Sunglasses, Inc.

**FILED**

AUG 13 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA–SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIC GOGGLES, INC., <br>     Plaintiff, <br> v. <br> STARCREST PRODUCTS OF CALIFORNIA, INC., et al., <br>     Defendants | Case No. 3:13-cv-00541-JST <br><br> STIPULATED INJUNCTION |
| And Related Counterclaims and Third-Party Claims | |

Whereas, in this lawsuit, Plaintiff Clic Goggles, Inc. (Clic) accused Defendant Blue Gem Sunglasses, Inc. (Blue Gem) of selling certain eyewear that infringes United States Patent No. 6,253,388 (the "Patent").

Whereas, Blue Gem denies that it has infringed the Patent, but it is willing to be enjoined from further infringement.

Accordingly, CliC and Blue Gem stipulate to the following injunction:

1. Blue Gem and its principals, shareholders, officers, directors, employees, successors, assigns, suppliers, agents, servants, and attorneys, and all those persons in active concert, participation or privity with them with knowledge of this Stipulated Injunction are enjoined from making, using, selling, offering for sale, or offering for others to use items that constitute an infringement of

the Patent and, specifically, from making, using, selling, offering for sale, or offering for others to use front connection eyewear, which infringes the Patent.

2. The injunction will terminate when the Patent expires.

3. Clic and Blue Gem will bear their own costs and attorney fees.

4. Starcrest is not a signatory or a party to this Stipulated Injunction

August 5, 2013

/s/ *Miles Archer Woodlief*
Miles Archer Woodlief, Attorney at Law

Attorneys for Plaintiff CliC Goggles, LLC

August 5, 2013

/s/ *Michael D. Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Third-Party Defendant and Counterclaimant Blue Gem Sunglasses, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

August 12, 2013
~~August 5, 2013~~

JON S. TIGAR
United States District Judge